**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO NARANJO, ) | CASE NO. CV 08-06243 GHK (RZ) |
|           Petitioner, ) | |
|           vs. ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| KEN CLARK, WARDEN, ) | |
|           Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 10/19/09

                                                  GEORGE H. KING
                                      UNITED STATES DISTRICT JUDGE